1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     Fax:  (408) 535-5066
      E-Mail: grant.fondo@usdoj.gov
8
   Attorneys for Plaintiff
9

10              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                       SAN JOSE DIVISION

12
   UNITED STATES OF AMERICA,         )
13                                   )   No. CR-10-00465 JF
                                     )
14         v.                        )
                                     )
15 LITA DELARA ,                     )
      a/k/a Lita Delara Uyenco       )
16                                   )
              Defendant.             )
17 _____ )
                                     )
18 UNITED STATES OF AMERICA,         )
                                     )   No. CR-10-00467 JF
19                                   )
           v.                        )
20                                   )
                                     )
21 JOHN NGUYEN,                      )
                                     )
22                                   )
              Defendant.             )
23 _____ )
                                     )   No.CR-10-00468 JF
24 UNITED STATES OF AMERICA,         )   **STIPULATION FOR STATUS**
              Plaintiff,             )   **HEARING; [PROPOSED] ORDER**
25                                   )
           v.                        )   Date:  July 29, 2010
26                                   )   Time:  9:00 a.m.
   ZOSIMO M. REYES, JR.              )   Judge: Hon. Jeremy Fogel
27                                   )
              Defendant.             )
28                                   )

Currently the parties in <u>United States v. Delara</u> have a status hearing scheduled for July 29, 2010, at 9:00 a.m.  This Court recently ordered the above-entitled matters related, vacated the next hearing dates in the Nguyen and Reyes matters, and directed the United States and those two defendants to renotice their hearings before this Court.  Therefore, the United States and defendants Nguyen and Reyes respectfully request that this Court schedule their status hearings for July 29, 2010, at 9:00 a.m.

DATED: July 23, 2010

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

/S/
GRANT P. FONDO
Assistant United States Attorney

/S/
ERIC R. KREBS
Counsel for Defendant Reyes

/S/
RICHARD J. CUTLER
Counsel for Defendant Nguyen

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearings for defendants Nguyen and Reyes be scheduled for July 29, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 7/26/10

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION                                          2